<u>PRETRIAL REPORT AND ORDER</u>

DATE PRETRIAL HELD: June 17, 2005        NO.  05-766

CASE CAPTION:  Ruth v. Experian

1. TRIAL COUNSEL              FOR PLAINTIFF: James A. Francis, Esq

                              FOR DEFENDANT: David A. Searles, Esq

2. STATUS OF CASE:   Plaintiff seeks initial class discovery. 12(b)(6) motion will be decided.

    TIME: 15 minutes

3. TRIAL DATE:

4. JURY/NONJURY:

5. PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

        PLAINTIFF   :
        DEFENDANT(S):

NOTE:  ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                              SO ORDERED:


                              /S/ CHARLES R. WEINER
                              _____
                                 CHARLES R. WEINER